UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EUGENE THYE BONNER,
    Petitioner

v.                             CIVIL NO. 1:12-CV-2582

MIKE WENEROWICZ, *et al.*,
    Respondents

*O R D E R*

AND NOW, this 28th day of January, 2013, upon consideration of the report and recommendation of the magistrate judge (Doc. 3), filed January 3, 2013, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

    1. The magistrate judge's report is adopted.[1]

    2. The Clerk of Court shall transfer this case to the Eastern District of Pennsylvania.

                                  /s/ William W. Caldwell
                                  William W. Caldwell
                                  United States District Judge

---

[1] We note, however, that the State Correctional Institution at Graterford is located in the Eastern District of Pennsylvania, not the Middle District of Pennsylvania, as the report reflects.